**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Western__ District of __Texas__

Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Amberson Natural Resources LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  26-4475416

4. **Debtor's address**

   **Principal place of business**
   2135 East Hildebrand Avenue
   Number     Street

   _____

   San Antonio, Texas 78209
   City            State    ZIP Code

   Bexar County, Texas
   County

   **Mailing address, if different from principal place of business**
   _____
   Number     Street

   _____
   P.O. Box

   _____
   City            State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   _____
   Number     Street

   _____

   _____
   City            State    ZIP Code

5. **Debtor's website** (URL)  _____

Debtor ____Amberson Natural Resources LLC_____ Case number *(if known)*_____
      Name

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   5313

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☑ Chapter 11. *Check all that apply*:
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

Debtor ___Amberson Natural Resources LLC_____ Case number (*if known*)_____
      Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes. District _____ When _____ Case number _____
                                               MM / DD / YYYY
         District _____ When _____ Case number _____
                                               MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes. Debtor _____ Relationship _____
          District _____ When _____
                                                MM / DD / YYYY
          Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                                     Number     Street
    _____
    _____
    City                                    State ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
          Contact name _____
          Phone _____

**Statistical and administrative information**

Debtor ___Amberson Natural Resources LLC_____  Case number (*if known*)_____
      Name

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |

| | | | |
|---|---|---|---|
| **14. Estimated number of creditors** | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/20/2020_____
                  MM / DD / YYYY

✗   ___/s/ Jon Christian Amberson_____      ___Jon Christian Amberson_____
      Signature of authorized representative of debtor      Printed name

Title ___Manager_____

Debtor     __Amberson Natural Resources LLC_____     Case number (if known)_____
           Name

18. **Signature of attorney**     ✗  __/s/ Scott D. Lawrence_____     Date   __07/20/2020___
                                     Signature of attorney for debtor                 MM   / DD  / YYYY

                                     __Scott D. Lawrence_____
                                     Printed name
                                     __Wick Phillips Gould & Martin LLP_____
                                     Firm name
                                     __3131 McKinney Avenue, Suite 100_____
                                     Number        Street
                                     __Dallas, Texas 75204_____   _____  _____
                                     City                                          State     ZIP Code

                                     __214.692.6200_____     __scott.lawrence@wickphillips.com__
                                     Contact phone                     Email address

                                     __24087896_____     __TX_____
                                     Bar number                                 State

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page **5**

| | | |
|---|---|---|
| Master Service List<br>Amberson Natural Resources LLC | Amberson Natural Resources LLC<br>2135 East Hildebrand Avenue<br>San Antonio, Texas 78209 | United States Trustee<br>615 E. Houston St., Ste. 533<br>San Antonio, TX 78205 |
| US Bankruptcy Court<br>615 E. Houston St., Rm. 597<br>San Antonio, TX 78205 | Jon Christian Amberson<br>2135 East Hildebrand Avenue<br>San Antonio, Texas 78209 | Carla Morrison<br>4242 Broadway, #1802<br>San Antonio, Texas 78209 |
| Carla Morrison<br>c/o Ray Battaglia, PLLC<br>Attn: Ray Battaglia<br>66 Granburg Cir.<br>San Antonio, TX 78218-3010 | James Argyle McAllen<br>315 E. Monte Cristo Rd.<br>Edinburg, TX 78540 | James Argyle McAllen<br>c/o Prichard \|\| Young<br>Attn: David M. Prichard<br>10101 Reunion Pl. #600<br>San Antonio, TX 78216 |
| Cannon Grove Investments LLC<br>c/o Exchange Strategies Corp<br>Attn: C. Benjamin McCaleb<br>2135 E. Hildebrand Ave.<br>San Antonio, Texas 78209 | Cannon Grove Investments LLC<br>c/o Exchange Strategies Corp<br>Attn: Stan Freeman-President<br>900 E Hamilton Ave, Ste 100<br>Campbell, CA 95008 | Davis, Cedillo & Mendoza Inc.<br>McCombs Plaza, Suite 500<br>755 E. Mulberry Avenue<br>San Antonio, Texas 78212 |
| Fleckman & McGlynn, PLLC<br>Northpoint Centre I, Ste. 270<br>6836 Austin Center Blvd.<br>Austin, TX 78731 | Munsch Hardt Kopf & Harr PC<br>Attn: Steven A. Harr<br>500 N. Akard St., Ste. 3800<br>Dallas, TX 75201 | Meadows Collier LLP<br>Attn: Steven A. Beck<br>901 Main Street, Ste 3700<br>Dallas, TX 75201 |
| Jon Christian Amberson, PC<br>2135 East Hildebrand Avenue<br>San Antonio, Texas 78209 | | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Amberson Natural Resources LLC | § | Case No. 20-_____ |
| | § | |
| | § | Chapter 11 |
| Debtor(s) | § | |

## DECLARATION FOR ELECTRONIC FILING OF
## BANKRUPTCY PETITION AND MASTER MAILING LIST (MATRIX)

### PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition and in the lists of creditors to be filed electronically in this case and *I hereby declare under penalty of perjury* that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within seven (7) business days after the petition and lists of creditors have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐ *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* –
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑ *[Only include if petitioner is a corporation, partnership or limited liability company]* –
I hereby further declare under penalty of perjury that I have been authorized to file the petition and lists of creditors on behalf of the debtor in this case.

Date: 7/20/2020

Debtor                                                          Joint Debtor
Soc. Sec. No. ▓▓▓▓▓▓▓▓                                         Soc. Sec. No. _____

### PART II: DECLARATION OF ATTORNEY:

I declare *under penalty of perjury* that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date: 7/20/2020 .

/s/ Scott D. Lawrence
Attorney for Debtor

AMBERSON NATURAL RESOURCES LLC

RESOLUTIONS ADOPTED BY THE MANAGER OF
AMBERSON NATURAL RESOURCES LLC

JULY 19, 2020

The undersigned, being the Manager (the "Manager") of **AMBERSON NATURAL RESOURCES LLC,** a Texas Limited Liability Company (the "Company"), pursuant to applicable provisions of the Texas Limited Liability Company Acts and the Company's company agreement (the "LLC Agreement"), hereby adopt the following resolutions, and such resolutions have not been amended or rescinded and are now in full force and effect:

**RESOLVED,** that in the judgment of the Manager of the Company it is desirable and in the best interests of the Company; its creditors, and other interested parties, that a voluntary petition be filed by the Company in the United States Bankruptcy Court for the Western District of Texas in San Antonio (the "Bankruptcy Court"), seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), in which the Company will seek authority to operate as a debtor in-possession during the resulting chapter 11 case (the "Chapter 11 Case"), and the filing of such petition is authorized hereby.

**RESOLVED,** that the Manager of the Company shall have the power and authority to approve or take any and all actions that the Manager deems reasonable, advisable, expedient, convenient, necessary or proper with respect to the Company related to or arising in the Chapter 11 Case.

**RESOLVED,** that the Manager is authorized and empowered, on behalf of and in the name of the Company, to execute and verify such petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed with the Bankruptcy Court at such time as the Manager shall determine.

**RESOLVED,** that the Manager of the Company be, and hereby is, authorized, on behalf of and in the name of the Company, to execute and file all petitions, affidavits, schedules, lists and other papers and to take any and all actions which he may deem necessary or proper in the Chapter 11 Case.

**RESOLVED,** that the law firm of Wick Phillips Gould & Martin LLP, 3131 McKinney Avenue, Suite 100, Dallas, Texas 75204, be, and hereby is, employed under a retainer as attorneys for the Company in the Chapter 11 Case and for all other relevant purposes.

**RESOLVED,** that the Manager be, and hereby is, authorized and empowered on behalf of and in the name of the Company, to retain and employ other attorneys, accountants, restructuring professionals, financial advisors, and other professionals to assist the Company in connection with the Case on such terms as the Manager deems necessary, proper or desirable.

**RESOLVED,** that the Manager be, and hereby is, authorized and empowered to cause the Company to enter into, execute, deliver, certify, file, record, and/or perform, such agreements, instruments, motions, affidavits, applications for approvals, or ruling of governmental or regulatory authorities, certificates and other such documents and take any such actions as are, in his judgment , necessary, proper, or desirable to prosecute the Chapter 11 Case and to carry out and put into effect the purposes of the foregoing resolutions and the transactions contemplated by these resolutions, his authority thereunto to be evidenced by the taking of such actions.

**RESOLVED,** that the Manager be, and hereby is, authorized and empowered on behalf of and in the name of the Company to cause the Company to incur indebtedness for borrowed money to assist the Company in connection with the Case on such terms as the Manager deems necessary, proper or desirable.

1

**RESOLVED,** that any and all past actions heretofore taken by the Manager of the Company in the name of and on behalf of the Company, in furtherance of any or all preceding resolutions be, and the same hereby are, ratified, approved, and adopted.

**RESOLVED,** that this consent may be signed in any number of counterparts, each of which, taken together, shall constitute one and the same consent and that, once signed, this consent shall be filed with the corporate records of the Company. This consent may be executed by facsimile or pdf signature and a facsimile or pdf signature will constitute an original signature.

IN WITNESS WHEREOF, the undersigned has executed this Action by Written Consent of the Manager in accordance with the LLC Agreement as of the date first written above.

MANAGER:

*/s/ Jon Christian Amberson*

Jon Christian Amberson

To the extent necessary to comply with any provisions of the LLC Agreement, including, without limitation, Section 5.02, the undersigned consents to the Resolutions adopted herein as of the date first written above.

MEMBER:

*/s/ Jon Christian Amberson*

Jon Christian Amberson

2

**Fill in this information to identify the case:**

Debtor name ___Amberson Natural Resources LLC_____

United States Bankruptcy Court for the: __Western_____ District of _Texas____

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | James Argyle McAllen<br>315 E. Monte Cristo Rd.<br>Edinburg, TX 78540 | Prichard \|\| Young<br>Attn: David M. Prichard<br>10101 Reunion Pl. # 600<br>San Antonio, TX 78216 | Declaratory and Injunctive Relief in Unconfirmed Arbitration Award | Disputed | | | $4,500,000.00 |
| 2 | James Argyle McAllen<br>315 E. Monte Cristo Rd.<br>Edinburg, TX 78540 | Prichard \|\| Young<br>Attn: David M. Prichard<br>10101 Reunion Pl. # 600<br>San Antonio, TX 78216 | Attorney Fees | Disputed | | | $350,000.00 |
| 3 | Davis Cedillo & Mendoza Inc.<br>McCombs Plaza, Suite 500<br>755 E. Mulberry Avenue<br>San Antonio, Texas 78212 | Davis Cedillo & Mendoza Inc.<br>Attn: Ronald E. Mendoza<br>McCombs Plaza, Suite 500<br>755 E. Mulberry Avenue<br>San Antonio, Texas 78212 | Attorney Fees | | | | $462,171.29 |
| 4 | Fleckman & McGlynn, PLLC<br>Northpoint Centre I, Suite 270<br>6836 Austin Center Boulevard<br>Austin, Texas 78731 | Fleckman & McGlynn, PLLC<br>Attn: Steven A. Fleckman<br>Northpoint Centre I, Suite 270<br>6836 Austin Center Boulevard<br>Austin, Texas 78731 | Attorney Fees | | | | $478,617.49 |
| 5 | Munsch Hardt Kopf & Harr P.C.<br>500 N. Akard St., Ste. 3800<br>Dallas, TX 75201 | Munsch Hardt Kopf & Harr P.C.<br>Attn: Steven A. Harr<br>500 N. Akard St., Ste. 3800<br>Dallas, TX 75201 | Expert Witness Fees | | | | $53,675.26 |
| 6 | Meadows Collier Reed Cousins Crouch & Ungerman LLP<br>901 Main Street, Suite 3700<br>Dallas, TX 75202 | Meadows Collier Reed Cousins Crouch & Ungerman LLP<br>Attn: Steven A. Beck<br>901 Main Street, Suite 3700<br>Dallas, TX 75201 | Attorney Fees | | | | $30,264.00 |
| 7 | Hannah CPA PC<br>800 Navarro Street, Suite 200<br>San Antonio, TX 78205 | Hannah CPA PC<br>Attn: Sarah Cassford<br>800 Navarro Street, Suite 200<br>San Antonio, TX 78205 | Professional Services Fees | | | | $10,200.00 |
| 8 | Carla Morrison<br>4242 Broadway, #1802<br>San Antonio, TX 78209 | Ray Battaglia PLLC<br>Attn: Ray Battaglia<br>66 Granburg Circle<br>San Antonio, TX 78218-3010 | Loan | | | | $75,000.00 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 1

Debtor ___Amberson Natural Resources LLC_____   Case number (*if known*)_____
         <sub>Name</sub>

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 20-_____ |
| AMBERSON NATURAL RESOURCES LLC | § § | Chapter 11 |
| DEBTOR. | § | |

## LIST OF EQUITY SECURITY HOLDERS OF THE DEBTOR

Amberson Natural Resources LLC (the "Debtor") hereby states in accordance with Federal Rule of Bankruptcy Procedure 1007(a)(3) that Jon Christian Amberson owns 100 % of the membership interests in the Debtor.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| | § | CASE NO. 20-_____ |
| AMBERSON NATURAL RESOURCES LLC | § | |
| | § | **Chapter 11** |
| DEBTOR. | § | |

## CORPORATE OWNERSHIP STATEMENT

Amberson Natural Resources LLC (the "Debtor") hereby states in accordance with Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1 that Jon Christian Amberson owns 100 % of the membership interests in the Debtor.

**Fill in this information to identify the case and this filing:**

Debtor Name __Amberson Natural Resources LLC_____

United States Bankruptcy Court for the: __Western_____ District of __Texas____

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❑ *Schedule H: Codebtors* (Official Form 206H)
- ❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❑ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration: List of Equity Security Holders, Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __07/20/2020____      ✗ ___/s/ Jon Christian Amberson_____
MM / DD / YYYY                        Signature of individual signing on behalf of debtor

__Jon Christian Amberson_____
Printed name

__Manager_____
Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**