

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 03, 2021.**

_____
**CRAIG A. GARGOTTA**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 20-51302-cag |
| | § | |
| AMBERSON NATURAL RESOURCES, LLC, | § | |
| | § | Chapter 11 |
| Debtor. | § | |

## ORDER VACATING ORDER DISMISSING PLEADING (ECF NO. 98) FOR LACK OF COMPLIANCE WITH LOCAL RULES (ECF NO. 100)

On this date came on to be considered the above-styled and numbered Chapter 11 case and, in particular, the Order Dismissing Pleading (ECF No. 98) for Lack of Compliance with Local Rules (ECF No. 100). The Court, having reviewed the file and record in the case, finds that the Order was entered in error and should be vacated.

IT IS THEREFORE ORDERED that the Order Dismissing Pleading (ECF No. 98) for Lack of Compliance with Local Rules (ECF No. 100) is hereby VACATED.

IT IS FURTHER ORDERED that the Clerk of the Court shall immediately cause notice of the entry of this Order to be served on all parties in interest in this case.

# # #