#58 Chapter 11 Plan filed by Scott D. Lawrence for Debtor Amberson Natural Resources, LLC.

# EXHIBIT AND WITNESS LIST

A0 187 (REV. 4/82)

| Amberson Natural Resources, LLC v. McAllen Parties | | DISTRICT COURT Western - San Antonio |
|---|---|---|
| **PLAINTIFF'S ATTORNEY** Scott Lawrence | **DEFENDANT'S ATTORNEY** Natalie Wilson | **DOCKET NUMBER** 20-51302 |
| | | **TRIAL DATE(S)** 3/3/21 |
| **PRESIDING JUDGE** CRAIG A. GARGOTTA | **ELECTRONIC COURT RECORDING OPERATOR** Daniel Paez | **COURTROOM DEPUTY** LISA ELIZONDO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | DATE ADMITTED | DESCRIPTION OF EXHIBITS * AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| XX | | 3/3/21 | XX | 3/3/21 | Debtor Exhibit A through U – ADMITTED (see attachment for description) |
| | | | | | |
| | XX | 3/3/21 | XX | 3/3/21 | McAllen Parties' Exhibit 1 through 7 – ADMITTED (see attachment for description) |
| | | | | | |
| W1 | | 3/3/21 | | | Jon Christian Amberson |

FILED
MAR 03 2021
U.S. BANKRUPTCY COURT
BY _____ DEPUTY

Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Page (s)

## DEBTOR EXHIBIT LIST

| No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| A. | ANR's Chapter 11 Plan (ANR ECF No. 58)[1] | | | |
| B. | Disclosure Statement for ANR's Chapter 11 Plan (ANR ECF No. 59) | | | |
| C. | JCA's Chapter 11 Plan (JCA ECF No. 69) | | | |
| D. | Disclosure Statement for JCA's Chapter 11 Plan (JCA ECF No. 70) | | | |

| No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| E. | ANR's Schedules (ANR ECF No. 11) | | | |
| F. | ANR's Statement of Financial Affairs (ANR ECF No. 12) | | | |
| G. | JCA's Original Schedules (JCA ECF No. 12) | | | |
| H. | JCA's Amended Schedules (AB & C Only) (JCA ECF No. 24) | | | |
| I. | JCA's Second Amended Schedules (AB Only) (JCA ECF No. 101) | | | |
| J. | JCA's Statement of Financial Affairs (JCA ECF No. 13) | | | |
| K. | Composite of ANR Monthly Operating Reports (ANR ECF Nos. 41, 54, 60, 73, 80, and 93) | | | |
| L. | Composite of JCA 2020 Monthly Operating Reports (JCA ECF Nos. 44, 60, 68, 79, 86, and 100) | | | |
| M. | Company Agreement of Amberson Natural Resources LLC dated March 17, 2009 | | | |
| N. | Appellant Brief of JCA and ANR et al. dated February 15, 2021, filed in the United States District Court for the Western District of Texas, Case No. SA-20-CV-1193-FB, ECF No. 10 | | | |
| O. | Arbitration Award dated April 30, 2020 with Supplemental Award dated July 15, 2020 | | | |
| P. | Form of ANR Exit Loan Promissory Note | | | |
| Q. | Form of JCA Exit Loan Promissory Note | | | |
| R. | Check and Correspondence from Texas Farm Credit and Mantle Energy regarding Recent Distributions | | | |
| S. | Official Form 426 (JCA ECF No. TBD) | | | |
| T. | ANR Tabulation Declaration (ANR ECF No. TBD) | | | |
| U. | JCA Tabulation Declaration (JCA ECF No. TBD) | | | |

## McALLEN PARTIES EXHIBIT LIST

| EX. NO. | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|
| 1. | Schedules and Statements filed by Jon Christian Amberson (JCA) Case No. 20-51324 | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2. | Schedules and Statements filed by Amberson Natural Resources (ANR) Case No. 20-51302 | | | | | | |
| 3. | JCA Monthly Operating Report for January 2021 (not yet filed) | | | | | | |
| 4. | ANR Monthly Operating Report for January 2021 (not yet filed) | | | | | | |
| 5. | Order Denying Motion for Stay Pending Appeal in Adv. 20-05046 (removed adversary) (Doc. 64) | | | | | | |
| 6. | JCA Proposed Plan of Reorganization (Doc. 69) | | | | | | |
| 7. | ANR Proposed Plan of Reorganization (Doc. 58) | | | | | | |
| 8. | Any exhibit introduced by another party | | | | | | |
| 9. | Any exhibits necessary for rebuttal or impeachment | | | | | | |